SAMPLE (# 2)

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
APR 0 8 2005
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Robert Francis Quinn )
    Plaintiff )
 )  CIV-05-396  R
VS )  CASE NUMBER _____
 )
University of Oklahoma )
    Defendant )
 )
 )

COMPLAINT

I, Robert F. Quinn, submit that I have been wrongfully dismissed from the Graduate College of the University of Oklahoma. The Graduate College has refused to ~~accomplish~~ accommodate a long-term, well-documented disability by denying me the time needed to complete my dissertation. That the dissertation was not completed in a timely manner is due entirely to this disability. I am thus suing the University of Oklahoma for reinstatement into the Graduate program from which I was dismissed, as well as for personal damages that resulted from my dismissal.

                                                Robert F. Quinn
                                                Robert F. Quinn
                                                501 Andover Dr. R-8
                                                Norman, OK 73071
                                                405-364-7586

NOTE:   Your signature, address and phone number must appear at the end of each pleading.