# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT FRANCIS QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-396 R |
| | ) | |
| UNIVERSITY OF OKLAHOMA, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all counsel of record:

Enter my appearance as counsel in this case for: Plaintiff Robert Francis Quinn.

I certify that I am admitted to practice in this Court.

s/ James L. Bintz     September 11, 2006
James L. Bintz
OBA No. 16394
James L. Bintz, Attorney-at-Law
816-B Cardinal Creek Blvd.
Norman, OK 73072
(405) 321-9694
(405) 360-6394 (fax)
jbintz.attorney@sbcglobal.net

*Certificate of Service*

I hereby certify that on September 11, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Joseph Harroz, Jr., OBA #15556
Jason D. Leonard, OBA #17664
Shawnae E. Robey, OBA #19195
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-4124
Facsimile: (405) 325-7681
*Attorneys for Defendant*

s/ James L. Bintz