AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __OKLAHOMA__

Robert Francis Quinn

### BILL OF COSTS

V.

University of Oklahoma

Case Number: CIV-05-396-R

Judgment having been entered in the above entitled action on __11/21/2006__ against __Plaintiff__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ........................................................... | $ _____ |
| Fees for service of summons and subpoena ................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,374.31 |
| Fees and disbursements for printing ......................................... | _____ |
| Fees for witnesses (itemize on reverse side) ................................. | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $94.70 |
| Docket fees under 28 U.S.C. 1923 ........................................... | _____ |
| Costs as shown on Mandate of Court of Appeals .............................. | _____ |
| Compensation of court-appointed experts .................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) ................................................. | _____ |
| | TOTAL $ **$1,469.01** |

*11:00 A.M. on 1-18-07* (handwritten)

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was electronically transmitted or mailed today with postage prepaid to: __James L. Bintz, Attorney for Plaintiff__ .

Signature of Attorney:   s/ Shawnae E. Robey

Name of Attorney:   Shawnae E. Robey

For:   State of Oklahoma, ex rel., the Board of Regents of the University of Oklahoma   Date:   December 4, 2006
Name of Claiming Party

Costs are taxed in the amount of __$1,469.01__ and included in the judgment.

ROBERT D. DENNIS   (signed: Robert Dennis)   By: _____   __1-18-07__
Clerk of Court   Deputy Clerk   Date