**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker               Douglas E. Cressler
Clerk of Court          May 27, 2008            Chief Deputy Clerk

Mr. Robert D. Dennis
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102-0000

**RE:**      **07-6045, Quinn v. Univ. of Oklahoma**
            Dist/Ag docket: CIV-05-396-R

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

                                                Sincerely,

                                                Elisabeth A. Shumaker
                                                Clerk of the Court

cc:      Joseph Harroz Jr.
           Jason D Leonard
           Shawnae E. Robey
           Matthew Ryan Stangl
           Robert Francis Quinn

EAS/lg