UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 13, 2009

**To:** Clerk, U.S. District Court or Agency      **District:** WOK

**From:** Robert Stephens
303-335-2678

**Subject:** Record /Original File Return      **Shipped via:** UPS
**Attention:** Records Clerk

The mandate(s) have issued in the appeal(s) listed below. Materials are being returned to you under cover of this letter. Please acknowledge receipt of the materials by receive stamping, dating, signing and returning this letter to our office.

| 10th Circuit Case Number | District Court Case Number | Short Caption | Volumes/File | Document Number |
|---|---|---|---|---|
| 07-6045 | CIV-05-396-R | Quinn v. Oklahoma | D.C. Orig: 3 Blue folders | 9634299 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Signature: _____

RECEIVED
FEB 19 2009
Clerk, U.S. District Court
WEST. DIST. OF OKLA.